Gaurav Bobby Kalra (SBN 219483)
Attorney at Law
www.gbkattorney.com
1024 Iron Point Road, Suite 100
Folsom, California 95630
Telephone: (650) 785-2572
Facsimile: (650) 818-1965
bobby@gbkattorney.com

Attorney for Plaintiff Idea Solutions, LLC

**IT IS SO ORDERED.**
*Judge Maria-Elena James*

IT IS SO ORDERED.

Case is DISMISSED WITHOUT PREJUDICE.

Dated: 8/17/2017

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT

| | |
|---|---|
| IDEA SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DATAVIBES, INC., DATAVIBES TECHNOLOGIES, as a successor in interest to DATAVIBES, INC., VISERO, INC as successor in interest to DATAVIBES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 17-cv-02338-MEJ<br><br>**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL – WITHOUT PREJUDICE**<br><br>FRCP 41(a)(2) |

Plaintiff Idea Solutions, LLC, ("Plaintiff" or "IDEA") requests that this lawsuit be dismissed without prejudice. Pursuant to FRCP 41(a)(2), the Plaintiff seeks a Court Order affirming this request.

Date: August 16, 2017

By: _/s/ Gaurav Kalra_

Gaurav Bobby Kalra (SBN 219483)

1

REQUEST FOR DISMISSAL